**FILED**
**FEBRUARY 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GMR

DeValius McDonald
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SPC
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV155
JUDGE CONLON
MAGISTRATE JUDGE VALDEZ

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

____  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

✓     OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: De Valius McDonald

   B. List all aliases: none

   C. Prisoner identification number: 055990

   D. Place of present confinement: Kane County Jail

   E. Address: 777 East Fabyan Parkway, Geneva, IL 60134

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: SPC

   Title: Company

   Place of Employment: P.O. Box 6807, Garden Grove, California

   B. Defendant: none

   Title:

   Place of Employment:

   C. Defendant: none

   Title:

   Place of Employment:

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: DeValius McDonald -vs- Dr. KIM 07C 7221

B. Approximate date of filing lawsuit: December 26, 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DeValius McDonald

D. List all defendants: Dr. KIM

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Judge BUCKLO Magistrate Judge Keys

G. Basic claim made: Prescribed and dispensed wrong medication without plaintiffs knowledge or permission that caused heart to sputter, skip beats and heart spasms.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: none as of yet.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The razors that are produced by SPC (see Exhibt A) are dangerous and hazardous to the general saftey, health and well being of the public. This razor should be removed from the market and not sold to anyone for the purpose of shaving. The handle is small, short and thin. It is too cumbersome to hold securely when wet in the grip of the fingers. Self mutliation and profuse bleeding from cuts, sloshs and lacerations of the skin is the norm when attempting to shave with this crude, defective and poorly designed product. This barbaric device should never be allowed to be sold or used under the title saftey razor. Under no condition or circumstances should anyone be allowed to use this dangerous and unsafe product, uncontrolled bleeding could result from its use, requiring one to go to the hospital emergency room for first aid treatment. There is nothing safe about this razor. I ask that this product not be patented as a saftey razor, not to be sold as a saftey razor and all such

razors to be removed immediately from the market. I am a 52 year old male who has been shaving since the age of 13. This is the most dangerous razor that I have ever used in my life. For the pain from cuts, slashs and lacerations and profuse bleeding of my scalp and face as well as the large scabs and sores which have made daily shaving with this product impossible and the suffering that I had to endure, relief in the sum of $1,500,000.⁴⁰ is asked.

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Relief in the sum of $1,500,000.⁰⁰, not to be patented as a saftey razor and removal for the market place.

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  23  day of  Dec , 20 07

_____
(Signature of plaintiff or plaintiffs)

DeValius McDonald
(Print name)

055990
(I.D. Number)

Kane County Jail

777 East Fabyan Parkway

Geneva, IL 60134
(Address)

6

Revised 9/2007