Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0155 | **DATE** | 3/17/2008 |
| **CASE TITLE** | DEVALIUS MCDONALD vs. SPC | | |

**DOCKET ENTRY TEXT**

Parties shall comply with FRCP 26(a)(1) by 4/5/08. Discovery cutoff and filing of dispositive motions with supporting memoranda is set on 9/17/08. Submission of joint final pretrial order and agreed pattern jury instructions are set on 10/8/08 at 9:00 a.m.; plaintiff shall submit draft to defendant by 10/1/08. The case is placed on the November trial calendar.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|