# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 155 | **DATE** | 7/24/2008 |
| **CASE TITLE** | DE VALIUS MCDONALD vs. SPC | | |

**DOCKET ENTRY TEXT**

The court has been informed that plaintiff is no longer incarcerated. Plaintiff is ordered to appear at the status hearing set on August 8, 2008 at 9:00 a.m. At that time, the court will establish a schedule for plaintiff to pay the filing fee. If plaintiff does not appear, this case will be dismissed for want of prosecution.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-00155   Document 10   Filed 07/24/2008   Page 1 of 1

08C155 DE VALIUS MCDONALD vs. SPC                                                                 Page 1 of 1