# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 155 | **DATE** | 8/8/2008 |
| **CASE TITLE** | DeVALIUS MCDONALD vs. SPC | | |

**DOCKET ENTRY TEXT**

Status hearing held. Case called twice pursuant to the court's order dated July 24, 2008. Due to plaintiff's failure to appear the case is dismissed for want of prosecution.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|